IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TONY KING,   No. C 12-02299 RS

      Plaintiff,   **RECUSAL ORDER**

v.

GENERAL ELECTRIC, et al.,

      Defendants.

    I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 5/10/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

RECUSAL ORDER